EXHIBIT-A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED BY MP D.C.

SEP 16 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**Civil Case Number:** ________________

JOSEPH EDWARD SAPP.
(Write the full name of the plaintiff)
BRANDON SAPP, RONNIE SIMMONS.

vs.

John J. BudenSeik. et. al.
William J. Roby
Donald J. Trump
Marco Rubio
(Write the full name of the defendant/s in this case)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**I. Party Information**

**A.** Plaintiff: JOSEPH EDWARD SAPP

Address: 800 Monterey ROAD

Inmate/Prison No.: 811712 3 1

*Year* of Birth: 1973 **(Do not include day or month, pursuant to Fed. R. Civ. P 5.2)**

(Write your name, address and prison/inmate number, if applicable)

vs.

**B.** Defendant: Defendant John J. Budenseik Defendant: __________

Official Position: Sheriff Official Position: __________

Place of Employment: Martin County Jail Place of Employment: __________

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

(Continued Attachments).

# UNITED STATES DISTRICT COURT

for the

SOUTHERN District of FLORIDA

________ Division

JOSEPH EDWARD SAPP, et. al

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

John J. Rudenseik, et. al

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. ________________

*(to be filled in by the Clerk's Office)*

"CLASS-ACTION"

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JOSEPH EDWARD SAPP |
| All other names by which you have been known: | |
| ID Number | #811712 |
| Current Institution | MARTIN COUNTY SHERIFF'S OFFICE |
| Address | 800 SE. MONTEREY ROAD |
| | 96 ALLAPATTAH ROAD |
| | STUART (City) FLA (State) #34995 (Zip Code) |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | John J. Budensiek |
| Job or Title *(if known)* | SHERIFF |
| Shield Number | |
| Employer | MARTIN COUNTY SHERIFF'S OFFICE |
| Address | 800 SE. MONTEREY ROAD |
| | STUART (City) FLA (State) #34995 (Zip Code) |

☑ Individual capacity ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Enzo A. Abbate |
| Job or Title *(if known)* | ADMINISTRATOR |
| Shield Number | |
| Employer | TREASURE COAST FORENSIC TREATMENT CENTER |
| Address | 96 SW. Allapattah ROAD |
| | Indiantown (City) FLA. (State) #34956 (Zip Code) |

☑ Individual capacity ☑ Official capacity

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [x] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* "FALSE CHILD PORNOGRAPHY CHARGE"

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

On or about (12/30/2024) the Plaintiff JOSEPH EDWARD SAPP #811712, Was Sent from the Martin County Jail. (Continued Attatchments)→

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

On or about (12/30/2024) the Plaintiff JOSEPH EDWARD SAPP #811712. Was Sent from the Martin County Jail. (Continued Attatchments)→

Defendant No. 3

Name: Danielle Curran

Job or Title *(if known)*: Mental Health Doctor

Shield Number: Treasure Coast Forensic

Employer: Treatment Center

Address: 96 SW. Allapattah Road

Indiantown FLA. #34956

*City* *State* *Zip Code*

☑ Individual capacity ☑ Official capacity

Defendant No. 4

Name: WELLPATH RECOVERY SOLUTIONS

Job or Title *(if known)*: L.L.C.

Shield Number: Treasure Coast Forensic

Employer: Treatment Center

Address: 96 SW. Allapattah Road

Indiantown FLA. #34956

*City* *State* *Zip Code*

☑ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? I AM ALLEDGING VIOLATIONS OF THE FIRST, EIGHTH, AND NINTH AMENDMENTS TO THE FLORIDA STATE CONSTITUTION. THE FIRST, EIGHTH, AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION. AND →

(CONTINUED ATTATCHMENTS) →

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

(Continued Additional Defendants)



Defendant No. 3 (5)

Name: Shane Manship
Job or Title *(if known)*: Assistant Public Defender
Shield Number:
Employer: Public Defender's Office
Address: 100 SE. Ocean Blvd. Suite #300
Stuart, Fla. #34995
City, State, Zip Code

☑ Individual capacity ☑ Official capacity

Defendant No. 4 (6).

Name: Kristen A. Chase
Job or Title *(if known)*: Assistant State Attorney
Shield Number:
Employer: State Attorney Office
Address: 100 SE. Ocean Blvd. Suite #300
Stuart, Fla. #34995
City, State, Zip Code

☑ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

(continued Attachments) →

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [x] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* FALSE CHILD PORNOGRAPHY CHARGE

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

(Continued Attachment) →

C. What date and approximate time did the events giving rise to your claim(s) occur? On or about (12/30/2024) to (9/28/2026) DATE. (Continued Attatchments)→

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* This is an Valid legal Claim of "Discrimination /and Denial of Meaningful – Access to the U.S. Courts in Violation of the Americans With Disabilities Act. Where the Plaintiff was not allowed to bring any of his LEGAL-WORK, DOCUMENTS, COURT FILES, OR RECORDS. Including his PERSONAL PROPERTY. (Continued – Attatchments)→

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. The Plaintiff did sustain Major Multiple irreparable injury, loss, harm and Damages of his Constitutional Rights. As well as Physical and Mental and Psychological Tortures of beatings, Rapes, Reprisals and Numerous Retaliations of P.R.E.A., Federal Mail /and Evidence tampering with ongoing Civil lawsuits. (Continued Attatchments)→

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. WHEREFORE, RELIEF REQUESTED: IS FOR DEFENDANT John J. Budensiek, VIOLATING ALL OF THE PLAINTIFF'S FIRST, EIGHTH, AND NINTH AMENDMENTS RIGHTS WELL PROTECTED UNDER THE FLORIDA STATE CONSTITUTION. WHILE ACTING UNDER THE COLOR OF STATE LAW. AT TIMES DURING HIS OFFICIAL DUTIES AS THE SHERIFF OF THE MARTIN COUNTY SHERIFF'S OFFICE, DID CREATE AN "POLICY AND PROCEDURE" STATING THAT NO-INMATES ARE TO TAKE ANY OF THIER "PERSONAL PROPERTY" WITH THEM (Continued Attatchments)→

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). MARTIN COUNTY SHERIFF'S OFFICE
800 SE. Monterey Road
Stuart, Florida # 34995

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [x] Yes
- [ ] No
- [ ] Do not know

If yes, which claim(s)? ALL CLAIMS. THE JAIL HAS A FAULTY GREIVANCE PROCEDURE. WHICH DOES HAVE A ROUTINE OF LOCK-BOX PICK-UP. AND SIMPLY DO NOT RESPOND NOR PROVIDE "GREIVANCE-RECIEPTS" WHICH PREVENTS MEANINGFUL ACCESS TO THE U.S. COURTS.

(Continued Attachments) →

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

E. If you did file a grievance:

1. Where did you file the grievance? MARTIN COUNTY JAIL
800 SE. Monterey Road
Stuart, Florida# 34995

2. What did you claim in your grievance? DENIED MEANINGFUL ACCESS TO THE U.S. COURTS: REPEATEDLY ON (AUDIO/VIDEO SURVEILLANCE) MONITOR'S.

3. What was the result, if any? NO RESPONSE. AND TRANSFERED To Treasure Coast Forensic Treatment Center without any Personal Property. (3) Three Consecutive times.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
DUE TO FAULTY GRIEVANCE PROCEDURES OF NO RECIEPTS OR RESPONSES. THERE IS NOT GRIEVANCE PROCEDURE!

F. If you did not file a grievance: N/A

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. TOTALITY OF "BLOCKED TO EXHAUST THE ADMINISTRATIVE GREIVANCE PROCEDURE. WHICH DOES DENY "MEANINGFUL" ACCESS TO THE U.S. COURTS.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

RECENTLY, I HAVE LOST MY PAID FOR CIVIL COMPLAINT ON (6/9/2026) CASE NO: 2:26-CV-14204-SMM "DISMISSED" DUE TO BEING DENIED MEANINGFUL ACCESS TO THE COURTS TO FILE AN "AMENDED COMPLAINT." DUE TO REPRISALS OF NO PEN, PAPERS, OR ENVELOPS. AND PLACED IN CONFINEMENT OF CONCRETE FLOOR WITHOUT ANY "LAW LIBRARY TABLET" ON DC CONFINEMENT.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes on (6/9/2026)

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) JOSEPH EDWARD SAPP

   Defendant(s) John J. Budenseik, et.al.

2. Court *(if federal court, name the district; if state court, name the county and State)*

   United States District Court, Southern District

3. Docket or index number

   #2:26-CV-14204-SMM

4. Name of Judge assigned to your case

   Magistrate Judge Shaniek Mills Maynard

5. Approximate date of filing lawsuit

   6/9/2026

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition. 9/26/2026

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* THE CASE WAS DISMISSED WITH PREJUDICE DUE TO BEING PLACED IN CONFINEMENT IN RETALIATION ON (8/5/2026) AND COULD NOT MEET DEADLINE!

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? NO. THIS IS MY NEW COMPLAINT TO CORRECTLY ADDRESS THE FIRST. WHICH IS ALREADY WON! DUE TO SUCCESSFULLY PROVING IT WAS LOST FOR REPRISALS!

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) N/A

   Defendant(s) ______

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ______

3. Docket or index number

   ______

4. Name of Judge assigned to your case

   ______

5. Approximate date of filing lawsuit

   ______

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition ______

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/28/2026

Signature of Plaintiff: Joseph Edward Sapp #811712

Printed Name of Plaintiff: JOSEPH EDWARD SAPP #811712

Prison Identification #: #811712 Martin County Jail

Prison Address: 800 SE Monterey Road

Stuart, FLA. #34995
*City* *State* *Zip Code*

### B. For Attorneys

Date of signing: 9/28/2026

Signature of Attorney: Joseph Edward Sapp #811712

Printed Name of Attorney: JOSEPH EDWARD SAPP #811712

Bar Number: N/A

Name of Law Firm: N/A Martin County Jail

Address: 800 SE Monterey Road

Stuart, FLA. #34995
*City* *State* *Zip Code*

Telephone Number: N/A

E-mail Address: N/A

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes.

Attach additional pages, if necessary.

On or about (12/30/2024) the Plaintiff, was unlawfully denied all of his Personal Property. Including Legal Mail. on Audio/video Surveillance Monitor's at the Martin County Jail. Under "Respondeat-Superior" (1). Sheriff John J. Budenseik, Who is the head Supervisor in Charge of Supervising/and (Continued Attachments).

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

WHEREFORE RELIEF REQUESTED: IS TO AWARD IN FAVOR OF THE PLAINTIFF. BY GIVING HIM MONETARY DAMAGES, PUNITIVE DAMAGES, COMPENSATORY DAMAGES. AS WELL AS ATTORNEY'S FEE'S, (Continued Attachments).

## IV. Jury Demand

Are you demanding a jury trial? ✓ Yes ____ No

I AM DEMANDING A JURY TRAIL. (NOT DENOVO).

Signed this October day of 1St, 2026

Joseph Edward Sapp
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/1st/2026

Joseph Edwad Sapp
Signature of Plaintiff

NOTE: SEE ENCLOSED EXHIBITS (A-K) TANGIBLE EVIDENCE

(Continued Additional Defendants)

Defendant No#(7) Name: William J. Roby
Job or Title: State Judge
Shield Number
Employer: STATE OF FLORIDA.
Address: Martin County Courthouse
100 SE. Ocean Blvd.
Stuart, Florida#34995
☑ Individual capacity ☑ official capacity

Defendant No#(8) Name: Elizabeth A. Metzger
Job or Title: State Judge
Shield Number:
Employer: STATE OF FLORIDA.
Address: Martin County Courthouse
100 SE. Ocean Blvd.
Stuart, Florida#34995
☑ Individual capacity ☑ official capacity

Defendant No#(9) Name: Sherwood Bauer Jr.
Job or Title: State Judge
Shield Number
Employer: STATE OF FLORIDA.
Address: Martin County Courthouse
100 SE. Ocean Blvd.
Stuart, Florida#34995
☑ Individual capacity ☑ official capacity

Defendant No#(10) Name: Jennifer Waters
Job or Title: State Judge
Shield Number

(Continued Attachments)→

(Continued Additional Defendants)

Employer: STATE OF FLORIDA
Address: Martin County Courthouse
100 SE Ocean Blvd.
Stuart, Florida #34995
☑ Individual Capacity ☑ Official Capacity
Defendant No.# (11) Name: Michael McNichools
Job or Title: State Judge
Shield Number
Employer: STATE OF FLORIDA
Address: Martin County Courthouse
100 SE Ocean Blvd.
Stuart, Florida #34995
☑ Individual Capacity ☑ Official Capacity
Defendant No.# (12) Name: Judge Steele
Job or Title: State Judge
Shield Number
Employer: STATE OF FLORIDA
Address: Martin County Courthouse
100 SE Ocean Blvd.
Stuart, Florida #34995
☑ Individual Capacity ☑ Official Capacity
Defendant No.# (13) Name: Thomas R. Bakkedahl
Job or Title: STATE ATTORNEY
Shield Number
Employer: STATE ATTORNEY'S OFFICE
Address: 100 SE Ocean Blvd. Suite #300
Stuart, Florida #34995
(Continued Attachments)

(Continued Additional Defendants)

☑ Individual Capacity ☑ official capacity

Defendant No.# (14) Name: Diamond R. Litty
Job or Title: PUBLIC DEFENDER
Shield Number
Employer: PUBLIC DEFENDER'S OFFICE.
Address: 100 SE. Ocean Blvd. Suite #300
Stuart, Florida # 34995

☑ Individual Capacity ☑ official capacity

Defendant No.# (15) Name: Carolyn Timmon
Job or Title: Clerk of the Court
Shield Number
Employer: Martin County Courthouse
Address: Martin County Courthouse
100 SE. Ocean Blvd.
Stuart, Florida # 34995

☑ Individual Capacity ☑ official capacity

Defendant No.# (16) Name: INTERNAL REVENUE SERVICE
Job or Title: United States Government Tax Collector
Shield Number
Employer: United States Government
Address: #1973 Rulon White Blvd.
Ogden, UT. 84201

☑ Individual Capacity ☑ official Capacity

Defendant No.# (17). Name: United States Social Security Administration
Job or Title:
Shield Number
Employer: United States Government

(Continued Attatchments)→

(Continued Attachments)

Address: 6810 US-1
Port St. Lucie, Florida #34952
☑ Individual Capacity ☑ Official Capacity
Defendant No.# (18) Name: ARAMARK
Job or Title: Canteen Provider
Shield Number
Employer: Martin County Sheriff's Office
Address: Martin County Jail
800 SE. Monterey Road
Stuart, Florida #34995
☑ Individual Capacity ☑ Official Capacity
Defendant No.# (19) Name: Gina L. Buse
Job or Title: Licensed Psychologist
Shield Number: # PY 7552
Employer: Sandhill Crane Wellbeing, LLC
Address: 6526 S. Kanner Highway #231
Stuart, Florida # 34997
☑ Individual Capacity ☑ Official Capacity
Defendant No.# (20) Name: Sandhill Crane Wellbeing, LLC.
Job or Title: Medical/Mental Health Provider
Shield Number
Employer: Martin County Courthouse
Address: Sandhill Crane Wellbeing, LLC.
6526 S. Kanner Highway #231
Stuart, Florida # 34997
☑ Individual Capacity ☑ Official Capacity

(Continued Attachments)→

(Continued Additional Plaintiff's)->

A. The Plaintiff's: Name: BRANDON SAPP
ID Number
Address: Martin County Jail
800 SE. Monterey Road
Stuart, Florida #34995

Name: RONNIE SIMMONS
ID Number
Address: Martin County Jail
800 SE. Monterey Road
Stuart, Florida #34995

B. (Continued Additional Defendants)->
Defendant No.# (21) Name: Ron Desantis
Job or Title: Govenor
~~Shield~~ Shield Number
Employer: STATE OF FLORIDA
Address:
☑ Individual Capacity ☑ Official Capacity
Defendant No.# (22) Name: Donald J. Trump
Job or Title: President of United States Government
Shield Number
Employer: United States Government
Address: White House
#1600 Pennsylvania Ave.
Washington, DC #20001

(Continued Attatchments)->

(Continued Additional Defendants)

Defendant No.# (23) Name: Marco Rubio
Job or Title: Secretary of United States Government
Shield Number
Employer: United States Government
Address: White House
#1600 Pennsylvania Ave.
Washington, DC #20001

I. STATEMENT OF FACTS.

(1). On or about (12/30/2024) the Plaintiff, JOSEPH EDWARD SAPP #811712, HEREINAFTER, Simply Known as the Plaintiff. In the Above-Styled Case. Was Sent to (TCFTC) Treasure Coast Forensic Treatment Center.

(2). As an "Incompetent To Proceed." Inmate for an Mental Health Competency Evaluation. By Involuntary Placement Order/And Commitment. By (Honorable William J. Roby).

(3). Where the Plaintiff, was Evaluated by (Doctor Christopher J. Beltran) on (10/3/2024) Which is initially the first Mental Health Expert.

(4). The Plaintiff, was Sent from the Martin County Jail. Which is ran/And or Supervised by the Defendant (Sheriff John J. Budensiek) and his (Major Peter D. Croft). According to "THE INMATE HANDBOOK."

(5). Which Simply located on the "HOME WAV TABLET." Under "DOCUMENTS." Which Clearly States: "ALL inmates. are entitled to recieve thier Personal Property. When entering and leaving or transporting to another Facility.

(6). In the Current Case. (TCFTC) Treasure Coast Forensic Treatment Center. Which also does have an "HANDBOOK" that is given to ALL inmates upon entering and Commitment into thier recieving Facility. Which does State the Same.

(Continued Attatchments)→

(7). Once at the (TCFTC) Treasure Coast Forensic Treatment Center. Hereinafter Simply referred as (TCFTC). The Plaintiff, was evaluated Several Doctors at (TCFTC) Where did remain for approximately (7 1/2) Seven and a half months.

(8). on (May 20, 2025) the Plaintiff, was evaluated by (Doctor Danielle Curran) and (Doctor Pelta) on (Audio/Video Surveillance Monitor's) outside next to the Security Control Room while sitting on a bench. Who did find him "Incompetent To Proceed" and did tell the Plaintiff, that he was not Competent or ready to leave yet. And or discharged.

(9). On (June 6, 2025) another attempt was made according to (Doctor Danielle Curran) in her Mental Health report. on (Page 10 of 13) of the first Paragraph.

(10). on (June 27, 2025) (Doctor Danielle Curran) falsified her report to (Honorable William J. Roby), (Assistant State Attorney Kristen A. Chase), and (Assistant Public Defender Mr. Shane Manship). Which was administratively reviewed for Consistency with the Florida Forensic Examiner Standards by: (Elizabeth Hooper) Psychologist with an Florida License #PY 7942.

(11). Please Note: (Doctor Danielle Curran) Clearly Stated that "HE IS FAKING EVERYTHING IN HER ORIGINAL REPORT!" FURTHER "NO MENTAL HEALTH EVALUATION PROVIDED AT ALL". SEE, Page 10 of 13 of the first Paragraph. Which is under Contract by: WELLPATH RECOVERY SOLUTIONS, LLC. And

(Continued Attatchments)→

(Continued Attatchments)>

Who is employed by: (Enza A. Abbate) the Administrator of (TCFTC). Where Under the "Respondeat Superior" terminology which stands for "LET THE MASTER ANSWER", for any acts in direct violations of "Insubordination". And for acts of "Deliberate Indifference". (i.e.) that is, either for a showing of "Callowness" or turning an "Bind-eye" to the ongoing Violations. Or failing to Properly train, or not Correct intervening in the matter to Prevent further injury, loss, damage, or harm.

(12). The Plaintiff, was Sent back to the Martin County Jail. Where he did eventually be Seen by (Mr. Shane Manship) in the Medical Unit on (Audio/Video Surveillance Monitors). At Cell-front who did clearly state: "All the Doctor's are basically stating that you are faking everything!" Including (Doctor Danielle Curran) who wrote an (13 or 14) Page report."

(13). The Plaintiff, did not respond.

(14). (Mr. Shane Manship) filed an motion for an NEW Mental Health Evaluation. Which was granted by (Honorable William J. Roby). And the Plaintiff, was eventually Seen for the New evaluation by: (Doctor Gina L. Bose) who did find him "Incompetent To Proceed". Which is an "Due Process Violation" of "Malicious Persecution".

(15). Please Note: (Doctor Gina L. Bose) is employeed by: Sandhill Crane Wellbeing, LLC, an Mental Health Care Provider. Who is responsible for thier employee

(Continued Attatchments)>

(Doctor Gina L. Buse) Who also did intentionally falsify her report to (Honorable William J. Roby). By including in her report that an "Due Process Violation" has occurred. As she Clearly did State: She finds the Plaintiff "Incompetent To Proceed."

(16). Therefore: She did NOT include all of the FACTS! For (1) one she is the (4th) Fourth Mental Health Expert! When the rule states that "No Mental Defendant / and or Plaintiff Can be Seen by No-more than (3) Three Mental Health Experts! Florida Rules of Criminal Procedures #3.210. Which is right on the front of all of the Doctor's reports! including all of the Judges orders of Commitment by Involuntary Placements and the reports to be examined.

(17). Please Note: Which is clearly stated by ALL of them that they are well aware. And have already agreed to Pay the Plaintiff any amounts awarded in any Competent legal Jurisdiction for any acts of "Malicious Persecution". For they are All Legal Experts! Who did All Sign thier very own NAMES to all of these official documents! And are all over the legal age of (18) Eighteen.

(18). In accordance with the "Black's Law Dictionary" Which clearly States: "Anyone Who has been Signing thier very own Names for over (18) Eighteen years or more are legal Experts!"

I HEREBY STATE, THAT THE FOREGOING LEGAL-MAIL DOCUMENT IS TRUE AND CORRECT UNDER PENALTIES OF PERJURY. SHEAR V. STATE #92.525 FLORIDA STATUTES, AND THEUS V. STATE, 832 So. 3d 761 (2002) #92.52 F.S. THAT I AM A QUALIFIED INDIVIDUAL WITH A DISABILITY WHO IS NOW BEING "DISCRIMINATED" AGAINST IN VIOLATION OF THE REHABILITATION ACT OF 1973 TITLE II SECTION 505 AND 794, THE AMERICANS WITH DISABILITIES ACT OF TITLE II. DATED: 10/6/2026

Joseph Edward *[signature]* DOAP #811712
SIGNATURE OF PLAINTIFF / NUMBER

# INSTRUCTIONS FOR FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C., SECTION 1983

This packet includes two forms:
(1) Complaint Under The Civil Rights Act, 42 U.S.C.§ 1983
(2) Application to Proceed Without Prepayment of Fees or Costs

To start an action you must file:

- an original, signed complaint,
- one copy of the complaint for *each* defendant named in the complaint. For example, if you name two defendants, you file the original complaint plus two copies. You should also keep a copy for your records. All copies of the complaint must be identical to the original, signed complaint.
- pay the current filing fee or an Application to Proceed Without Prepayment of Fees/Cost

Return the above forms and/or filing fee to the following address:

Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, FL 33128-7716

Your complaint must be legibly typewritten or clearly handwritten using a pen (do not use a pencil to complete these forms). As the plaintiff, you must sign and swear to the accuracy of the information in the complaint. If you need more space than is provided on the form, attach an additional blank page to the complaint.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the Southern District of Florida. Also, you must file a separate complaint for each claim you have unless the claims are related to the same incident or issue.

In your complaint, you must provide the facts; you should not include legal arguments or citations.